# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130248

GERALD MACARTHUR and VIVIAN
MACARTHUR,
          Plaintiffs-Appellants,

v

SANFORD LINDLE, JEANNE LINDLE,
and LAKE STATE RAILROAD CO.,
          Defendants-Appellees.

SC: 130248
COA: 265462
Alpena CC: 02-003190-CZ

_____/

On order of the Court, the application for leave to appeal the October 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006

d0510

_____
Clerk